# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

|  |  |
|---|---|
| NORGE PYFROM | ) ) ) ) ) ) |
| Plaintiff(s) |  |
| v. | ) ) ) Civil Action No. **6:25-cv-00236** |
| MERRICK BANK et al | ) ) ) ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MERRICK BANK
C/O REGISTERED AGENT
CT CORPORATION SYSTEM
1108 E SOUTH UNION AVE
MIDVALE, UT 84047

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

NORGE PYFROM
16403 ADMIRALS COVE LN
WINTER GARDEN, FL 34787

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

JANET GONZALEZ

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merrick Bank
was received by me on *(date)* 02/27/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* CT Corporation System , who is
designated by law to accept service of process on behalf of *(name of organization)* Merrick Bank
_____ on *(date)* 03/04/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 3/14/25 _____

_____
*Server's signature*

Kendal Ryfrom
*Printed name and title*

16403 Admirals Cove Lane Winter Garden, FL
*Server's address* 34787

Additional information regarding attempted service, etc:



**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Tracking Number:

## 9589071052700098066664

Remove ✕

📋 Copy      🏃 Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 12:46 pm on March 4, 2025 in MIDVALE, UT 84047.

**Get More Out of USPS Tracking:**

📱 USPS Tracking Plus®

✔ **Delivered**

**Delivered, Left with Individual**

MIDVALE, UT 84047
March 4, 2025, 12:46 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates      ⌄