NORGE PYFROM,

    Plaintiff,

v.                                         Case No. 6:25-cv-236-CEM-LHP

MERRICK BANK

    Defendants.

_____/

## DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Merrick Bank ("Merrick" or "Defendant"), by and through the undersigned counsel, hereby requests this extension of time to respond to Plaintiff's Complaint, and in support hereof states as follows:

1. On February 12, 2025, Plaintiff filed the instant Complaint in the United States District Court for the Middle District of Florida, Orlando Division. Doc. #1.

2. The Complaint was served on Merrick on or about March 4, 2025.

3. Based on the date of service of the Complaint, Merrick's response to the Complaint was due by March 25, 2024.

4. The undersigned was recently retained by Merrick and Plaintiff has agreed to allow Merrick an extension of time of fourteen (14) days, through April 8, 2025, for Merrick to answer or otherwise respond to the Complaint.

5. Enlargements of time are permitted with good cause by Federal Rule of Civil Procedure 6. Such enlargements of time should be liberally granted absent a showing of bad faith or undue prejudice. *See, e.g., Lizarazo v. Miami-Dade Corrections & Rehab. Dept.*, 878 F.3d 1008, 1012 (11th Cir. 2017) (citing *U.S. v. Miller Bros. Constr. Co.*, 505 F.2d 1031, 1035 (10th Cir. 1974)).

6. Merrick needs additional time to investigate the factual allegations contained in the Complaint to be able to formulate a proper response to the Complaint, and seeks an extension through April 8, 2024, to respond to the Complaint.

7. Plaintiff does **not** oppose the request or this Motion.

8. As this is the first extension – and Plaintiff has consented to the extension – there will be no prejudice to the Plaintiff.

9. This extension is also not sought for purposes of delay, but rather to give the undersigned an opportunity to investigate early on the facts and circumstances alleged in Plaintiff's Complaint.

10. Based on the foregoing, pursuant to Fed. R. Civ. P. 6, Merrick has demonstrated good cause to extend the time to respond to Plaintiff's Complaint.

Moreover, no party will be prejudiced by the relief requested in this Motion, and the Motion is not filed for the purposes of delay.

WHEREFORE, Defendant, Merrick Bank, requests an extension of time through April 8, 2024, to respond to Plaintiff's Complaint, and for such other and further relief as this Court deems just and proper.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), I hereby certify that Matthew J. Borello, counsel for Merrick Bank, conferred with Plaintiff regarding the relief requested herein. Plaintiff does **not** oppose the requested extension of time, through April 8, 2025, to Respond to Plaintiff's Complaint.

Dated: March 27, 2024

Respectfully submitted,

**HOLLAND & KNIGHT, LLP**

*/s/ Matthew J. Borello*
R. Carter Burgess, Esq.
Florida Bar #058298
carter.burgess@hklaw.com
kathleen.griffith@hklaw.com
Matthew J. Borello
Florida Bar #1017934
matt.borello@hklaw.com
wanda.adair@hlaw.com
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
(904) 798-5458 (telephone)
(904) 358-1872 (facsimile)
***Attorneys for Defendant,***
***Merrick Bank***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record, this 27th day of March, 2025.

/s/ *Matthew J. Borello*
Attorney