IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

NORGE PYFROM,                                    }
      PLAINTIFF                              }
                                         }

v.                                               }       CASE NUMBER: 6:25-cv-00236
                                         }

VISTANA SIGNATURE EXPERIENCES, INC.,             }
AND MERRICK BANK,                                }
      DEFENDANTS                            }

---

## NOTICE OF SETTLEMENT

---

1.  COMES NOW the Plaintiff and Defendant Merrick Bank, have reached a settlement agreement and need approximately thirty (30) days to fulfill the settlement terms. May the Court so enter an Order holding these proceedings in abeyance for thirty (30) days to allow the parties to submit closing documents.

Respectfully Submitted,

Dated: April 4th, 2025                    By: _____

Norge Pyfrom - Pro Se Plaintiff
16403 Admirals Cove Ln
Winter Garden, FL 34787
(305) 467-1016
ntisdol@gmail.com