**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| NORGE PYFROM,<br>    **PLAINTIFF** | } <br> } <br> } | |
| v. | } <br> } | CASE NUMBER: 6:25-cv-00236 |
| VISTANA SIGNATURE EXPERIENCES, INC.,<br>AND MERRICK BANK,<br>    **DEFENDANTS** | } <br> } <br> } | |

---

**PLAINTIFF NOTICE OF A RELATED ACTION PER LOCAL RULE 1.07(c)**

---

1. Pursuant to Local Rule 1.07(c), Plaintiff, hereby files *Plaintiff's Notice of a Related Action*

   as follows:

   I certify that the above-captioned case:

   ☐  **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

   ☒  **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Respectfully Submitted,

Dated: April 4th, 2025

By: _____

Norge Pyfrom - Pro Se Plaintiff
16403 Admirals Cove Ln
Winter Garden, FL 34787

(305) 467-1016
ntisdol@gmail.com

# <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 4th, 2025, I filed a true and correct copy of the above and foregoing with the Clerk of the Court and shall serve a copy of the same to Defendant Merrick Bank via email and first class.

R. Carter Burgess, Esq.
Florida Bar #058298
carter.burgess@hklaw.com
kathleen.griffith@hklaw.com
Matthew J. Borello
Florida Bar #1017934
matt.borello@hklaw.com
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
(904) 798-5458 (telephone)
(904) 358-1872 (facsimile)
Attorneys for Defendant Merrick Bank