**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| NORGE PYFROM,<br>    PLAINTIFF | } <br> } <br> } | |
| v. | } <br> } | CASE NUMBER: 6:25-cv-00236 |
| VISTANA SIGNATURE EXPERIENCES, INC.,<br>AND MERRICK BANK,<br>    DEFENDANTS | } <br> } <br> } <br> } | |

---

**PLAINTIFF'S DISCLOSURE STATEMENT
UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

---

1.  Is the filer a non-governmental corporate party or non-governmental corporation

    moving to intervene?

    ☒    No.

    ☐    Yes, and

    ☐    These parent corporations and publicly held corporations own 10% or

    more of the filer's shares: [].

    ☐    The filer has no parent corporation.

    ☐    No publicly held corporation owns 10% or more of the filer's shares.

2.  Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☒    No.

☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

a) Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b) Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accordance with 28 U.S.C. § 1332(d)(10).

c) Is the filer an insurer?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d) Is the filer a legal representative?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e) Has the filer identified any corporation?

☒ No.

☐ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f) Has the filer identified any natural person?

☒ No.

☐ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

   i. Norge Pyfrom (Plaintiff);

   ii. Merrick Bank (Defendant).

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒ No. None known at this time.

☐ Yes, and this is the entity:

5. Is this a bankruptcy action?

    ☒     No.

    ☐     Yes, and the debtor is [].

    ☐     Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒     No.

    ☐     Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

    ☒     No. None known at this time.

    ☐     Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒     Yes.

Respectfully Submitted,

Dated: April 4th, 2025

By: _____

Norge Pyfrom - Pro Se Plaintiff
16403 Admirals Cove Ln
Winter Garden, FL 34787
(305) 467-1016
ntisdol@gmail.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4th, 2025, I filed a true and correct copy of the above and

foregoing with the Clerk of the Court and shall serve a copy of the same to Defendant Merrick

Bank via email and first class.

R. Carter Burgess, Esq.
Florida Bar #058298
carter.burgess@hklaw.com
kathleen.griffith@hklaw.com
Matthew J. Borello
Florida Bar #1017934
matt.borello@hklaw.com
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
(904) 798-5458 (telephone)
(904) 358-1872 (facsimile)
Attorneys for Defendant Merrick Bank